UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-13024-GAO

ALLEN MEDICAL SYSTEMS, INC.,
Plaintiff,

v.

SCHUERCH CORPORATION, d/b/a SCHUREMED,
Defendant.

ORDER
May 6, 2016

O'TOOLE, D.J.

    Allen Medical Systems, Inc. commenced this suit in July 2015 against Schuerch Corporation, d/b/a SchureMed, alleging infringement of U.S. Patent Nos. RE 41,412 and 6,622,980. In response, SchureMed raised affirmative defenses and asserted counterclaims seeking declaratory judgment of non-infringement and invalidity with respect to both patents. In November 2015, prior to any substantive discovery, infringement disclosures, and claim construction, SchureMed filed a summary judgment motion on non-infringement. Allen Medical opposes the motion, contending that summary judgment is inappropriate at this early stage in the litigation because of varying interpretations of the claim language, contradictory evidence as to the accused products, and inadequate discovery. Allen Medical also moved for relief pursuant to Federal Rule of Civil Procedure 56(d) and for sanctions.

    After hearing and careful review of the parties' submissions, I find that this matter will be most efficiently addressed by allowing claim construction proceedings to occur before considering SchureMed's dispositive motion. Consequently, SchureMed's Motion for Summary Judgment of

Non-Infringement is DENIED WITHOUT PREJUDICE as premature. Allen Medical's request for relief pursuant to Rule 56(d) is therefore MOOT and, with respect to sanctions, DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge